IN THE MATTER OF CHARLES M. RADLER,
JR., AN ATTORNEY AT LAW,

November 1, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **CHARLES M. RADLER, JR.**, of **FORDS**, who was admitted to the bar of this State in 1983, and who was suspended from the practice of law for a period of three months effective August 1, 2000, by Order of this Court dated July 6, 2000, be restored to the practice of law, effective immediately.